No. 2026-1586

**IN THE
UNITED STATES COURT OF APPEALS FOR
THE FEDERAL CIRCUIT**

**ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*,
v.

**COMCAST CABLE COMMUNICATIONS, LLC,**
*Appellee*.

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK
OFFICE, PATENT TRIAL AND APPEAL BOARD NO. IPR2024-00438

**NOTICE OF CORRECTION**

Parham Hendifar
LOWENSTEIN & WEATHERWAX LLP
1016 Pico Boulevard
Santa Monica, California 90405
Telephone: (310) 307-4500
Facsimile: (310) 307-4509
*Counsel for Patent Owner-Appellant*
*Entropic Communications, LLC*

March 30, 2026

## <u>NOTICE OF CORRECTION</u>

Pursuant to Federal Circuit Rule 25(i)(3), appellant Entropic Communications, LLC ("Entropic) hereby files a notice of correction of its Notice of Appeal.

On March 24, 2026, Entropic filed a Notice of Appeal noticing its appeal of the Final Written Decision ("Decision") in IPR2024-00438 concerning U.S. Patent No. 11,399,206 ("the '206 Patent") (Paper 46) entered October 1, 2025 by the Patent Trial and Appeal Board.  The Decision was referenced as being "attached hereto as Attachment A"  but the attachment was inadvertently omitted from the filing.  The corrected notice thus includes the following corrections:

- Cover page: A new cover page with the title "Corrected Notice of Appeal" was inserted at the beginning of the document.  Fed. Cir. R. 25(i)(2).

- The Decision was inserted as Attachment A at the end of the document.

Dated: March 30, 2026

 /s/ Parham Hendifar
Parham Hendifar
*Counsel for Appellant Entropic Communications, LLC*

1

## CERTIFICATE OF SERVICE

I certify that counsel for the parties have been served with a true and correct copy of the foregoing document via the Court's CM/ECF system on March 30, 2026.

Date: March 30, 2026

/s/ *Parham Hendifar*
Parham Hendifar
*Counsel for Patent Owner-Appellant*
*Entropic Communications, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following document was served by electronic service, by agreement between the parties, on the date signed below:

## NOTICE OF CORRECTION

The names and address of the parties being served are as follows:

| | |
|---|---|
| Frederic M. Meeker | fmeeker@bannerwitcoff.com |
| Michael S. Cuviello | mcuviello@bannerwitcoff.com |
| H. Wayne Porter | wporter@bannerwitcoff.com |
| Paul T. Qualey | pqualey@bannerwitcoff.com |
| Joshua L. Davenport | jdavenport@bannerwitcoff.com |
| | ComcastIPRService@bannerwitcoff.com |

Respectfully submitted,

/Abbie Neufeld/

Abbie Neufeld

Date:  March 30, 2026

1

## **CERTIFICATE OF FILING WITH USPTO**

The undersigned hereby certifies that, pursuant to 37 C.F.R. § 90.2(a), a copy of the following document has been filed with the Director by electronic mail to the email address efileSO@uspto.gov as indicated on the United States Patent and Trademark Office's web page for the Office of the General Counsel, on the date signed below:

## **NOTICE OF CORRECTION**

Respectfully submitted,

/Abbie Neufeld /
Abbie Neufeld

Date:  March 30, 2026